

# UNITED STATES DISTRICT COURT
for the central/western District of California

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361, 805-657-2211 Pro Se Plaintiff  *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) |
| Donald J Trump, 1100 S. Ocean Blvd., Palm Beach, Florida, United States, 33401 (561) 832-2600  *Defendant(s)* | ) Civil Action No. 1:24-cv-00478 ) ) ) ) ) ) ) |

### APPLICATION for COURT ORDERED SERVICE BY USMS

### Or certification of service

I probably don't qualify for forma pauperous status with the court, since I own my house, but this is a particularly troublesome defendant to serve in person.

Additionally, I am not asking for any property or monetary damages. In cases where "small claims" are involved, in this case $0, from what I read, the court will normally accept a posting at the court, but given the importance of the issues at hand, I concede that the public interest is in the best form of service available.

I've done everything I am personally able to do, as his website says they don't accept mail, and the court should either ***declare them served (I sent a summons by registered mail)***, or issue an ***order for US Marshall*** service to do what research they need to do and serve them at the court's expense.

Dated this March 5, 2024, Westlake Village, CA 91361.

Joe Alter

joealterinc@gmail.com

in pro-per