UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361, 805-657-2211 <br><br> Pro Se Plaintiff <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J Trump, <br> 1100 S. Ocean Blvd., Palm Beach, Florida, United States, 33401 <br> (561) 832-2600 <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-00478 <br> ) <br> ) <br> ) <br> ) <br> ) |

**1ˢᵗ Amended MOTION FOR TRO**

The Defendant does enormous damage to our Constitutional government every day that people see him as a qualified option for election, he draws his power from this and uses it to dramatic effect to get cohorts to fall in line, and often violate law and engage in corruption on his behalf. He is a clear and present danger to the country and the constitution, so say many of his own former Secretaries, Generals, Prosecutor Generals, his former Attorney Generals, Judges he

nominated, and numerous members of the House and Senate, some of whom have now 'endorsed' him, his reach, and campaign of fear and intimidation, is that powerful.

He should be issued a Temporary Restraining Order based on 14sec3, for disqualification to hold office under 14sec3 to mitigate further and more serious damage that could lead to a failure of Government or a Civil War, which is what 14sec3 is for. As divisive as it may feel, it was more so after the civil war, but is the only way to quell a seditious movement and restore faith in consequences for breaking the law at the highest levels of government and for treating their Oath to the constitution as "optional".

Dated this March 9, 2024, Westlake Village, CA 91361.

Joe Alter

joealterinc@gmail.com in

pro-per