UNITED STATES DISTRICT COURT

For the District of Columbia

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361, 805-657-2211 <br><br> Pro Se Plaintiff <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J Trump, <br> 1100 S. Ocean Blvd., Palm Beach, Florida, United States, 33401 <br> (561) 832-2600 <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-00478 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF RELATED CASE

2:24cv1803 JLS (BFMx) Alter v Roberts et al
In California's Central District Court (western div)

Asks the court for declaratory judgement and injunction against
Roberts et al, for violation of "good behavior" requirements in Article III
To maintain their office, based in part on their Art III sec 2 violations of oath and

to lend aid and comfort to Trump and a seditious movement, consistent with 14sec3, and other breaches of "good behavior" to these ends.

Dated this March 18, 2024, Westlake Village, CA 91361.

Joe Alter

joealterinc@gmail.com

in pro-per