UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361, 805-657-2211 <br><br> Pro Se Plaintiff <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J Trump, <br> 1100 S. Ocean Blvd., Palm Beach, Florida, United States, 33401 <br> (561) 832-2600 <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-00478 <br> ) <br> ) <br> ) <br> ) <br> ) |

# CORRECTED NOTICE OF RELATED CASE

Case No. Alter v FCC 1:24-cv-00745
In DC Circuit Court

Asks the court for a declaratory judgement and to enjoin the FCC to regulate Fox relative to facts of Dominion v Fox and Fox's requirements to continue to maintain a broadcasting license with the fcc.

Dated this March 18, 2024, Westlake Village, CA 91361.

Joe Alter

joealterinc@gmail.com

in pro-per