UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361,<br>805-657-2211<br>Pro Se Plaintiff<br><br>*Plaintiff(s)*<br>v.<br><br>Donald J Trump,<br>1100 S. Ocean Blvd.,<br>Palm Beach, Florida, United States, 33401<br>(561) 832-2600<br><br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00478 |

## Application for Default Judgment

Comes now the Plaintiff, Joe Alter, In Pro Per, applies for a Default Judgment against the Defendant, Donald J Trump, and as grounds thereof states the following:

1. Service of Complaint: The Plaintiff filed the original Complaint in this action on 2/16/2024. The Complaint was served on the Defendant on 3/7/2024 at his home (mar-a-lago) in Florida by 1st Class Mail. Alter also made several attempts to alert his attorneys by phone, email, and ultimately by personal service at their office.

2. Failure to Respond: The Defendant was required by law to file an answer or responsive pleading to the Complaint within 21 Days after service of the Complaint. As of today, April 22, 2024, no answer or response has been received by this Court or served on the undersigned.

3. Request for Relief: Pursuant to the complaint and the laws of The US District Court of the District of Columbia, the Plaintiff requests that the Court enter a Default Judgment for the relief sought in the Complaint for Declaratory and Injunctive Relief, including the a Declaration that the Defendant has Dis-qualified himself from ever holding another Office in The United States Government, that he be warned of these implications as to other rights, and enjoined from doing so if he ever attains such an office again.

4. Wherefore, Plaintiff prays that this Court:
    a. Enter a Default Judgment against the Defendant, Donald J Trump;
    b. Award Plaintiff the specified declarations, and issue an injunction to that effect;
    c. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Joe Alter

In Pro Per

4/22/2024

Certificate of Service

I hereby certify that on 4/22/2024, a true and correct copy of the above and foregoing was furnished to all parties/counsel of record via attorney's email and 1st class mail.

Joe Alter, In Pro Per

4/22/2024