UNITED STATES DISTRICT COURT
District of Columbia



| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361,<br>805-657-2211<br>Pro Se Plaintiff<br><br>*Plaintiff(s)*<br>v.<br><br>Donald J Trump,<br>1100 S. Ocean Blvd.,<br>Palm Beach, Florida, United States, 33401<br>(561) 832-2600<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00478 |

### 1st Corrected Application for Clerk's Entry of Default

Plaintiff, Joe Alter, In Pro Per, hereby applies for entry of default against Defendant, Donald J Trump, under Federal Rule of Civil Procedure 55(a) and states the following:

1. Filing and Service of Complaint: The Plaintiff filed the original Complaint in this action on 2/16/2024. The Complaint was served on the Defendant on 3/7/2024 at his home (mar-a-lago) in Florida by 1st Class Mail. Alter also made several attempts to alert his attorneys by phone, email, and ultimately by personal service at their office.

2. Failure to Respond: The Defendant was required by law to file an answer or responsive pleading to the Complaint within 21 Days after service of the Complaint. As of the date of this Application, Defendant has failed to answer or otherwise respond to the Complaint, and the time to do so has expired.

3. Certification: The Plaintiff certifies that the Defendant is not in the military service such that the Soldiers' and Sailors' Civil Relief Act does not apply.

**Prayer for Relief**

Wherefore, Plaintiff respectfully requests that the Clerk of the Court issue an entry of default against Defendant Donald J Trump.

Joe Alter

In Pro Per, Plaintiff.

1694 Trafalgar Pl

805-657-2211

joealterinc@gmail.com

4/23/2024

**Certificate of Service**

I hereby certify that on 4/23/2024, a true and correct copy of the above and foregoing was furnished to all parties/counsel of record via the court's filing system, attorney's email and 1st class mail to Defendant's home in Floria (mar-a-lago).

Joe Alter, In Pro Per

4/23/2024